A93A0782. THRASHER v. COX ENTERPRISES, INC. et al.
(447 SE2d 347)

McMURRAY, Presiding Judge.

Our prior judgment in *Thrasher v. Cox Enterprises*, 209 Ga. App. 716 (434 SE2d 497), having been reversed by the Supreme Court of Georgia in *Cox Enterprises v. Thrasher*, 264 Ga. 235 (442 SE2d 740) our judgment is vacated and the judgment of the Supreme Court of Georgia is made the judgment of this court.

*Judgment affirmed. Beasley, P. J., and Senior Appellate Judge Harold R. Banke concur.*

DECIDED JULY 15, 1994.

*Walbert & Hermann, Paul D. Hermann, William K. Day, Wil-*

*liam J. Cobb*, for appellant.
 *Dow, Lohnes & Albertson, Peter C. Canfield*, for appellees.